IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-CR-29 |
| | ) | |
| ENRIQUES MARTINEZ-HERNANDEZ, | ) | (GUYTON) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on the Defendant's Motion to Extend Motion Cut-off Deadline [Doc. 9], filed on April 29, 2011. The Defendant asks for a two-week extension of his April 29 motion-filing deadline, contending that he is still receiving discovery from the Government. The Defendant also states that some items that he as requested from the Government may be in dispute. The Defendant asks for additional time to receive discovery, clarify any discovery disputes, and file pretrial motions. The Court finds that the Defendant has shown good cause for an extension, his motion [**Doc. 9**] is **GRANTED**, and the motion-filing deadline is extended to **May 13, 2011**. A reciprocal extension of the response deadline would have any responses being filed after the pretrial conference on **May 23, 2011, at 10:00 a.m.** Accordingly, if any motions are filed, the hearing of which would affect the trial date, the Court will set a new response deadline, a motion hearing date, and take up the issue of the viability of the May 31, 2011 trial date at the pretrial conference.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge